## SYNDICATED CONST. CORPORATION
### v. ROSS et al.
### No. 924.

Municipal Court of Appeals for the
District of Columbia.

Argued May 22, 1950.

Decided June 12, 1950.

See also, D.C.Mun.App., 62 A.2d 368.

Before CAYTON, Chief Judge, and
HOOD and CLAGETT, Associate Judges.

### PER CURIAM.

At the time this appeal was being argued
the court called attention of counsel to the
fact that the notice of appeal had seemingly
been filed more than ten days after the
entry of judgment, in violation of our Rule
27(a).

It having been represented to this court
that the record showing the judgment ap-
pealed from to have been entered on Feb-
ruary 27, 1950 was in error and that the
judgment had actually been entered a day
later, on February 28, 1950, and that hence
the notice of appeal was filed timely on
March 10, 1950; and counsel for appellant
having sought an opportunity to have the
record in the trial court corrected, we en-
tered an order deferring action "pending
the filing in this court of a supplemental
record showing what action, if any, has
been taken in the trial court with reference
to correction of the record."

Such supplemental record has now been
filed herein, and it reveals that counsel for
appellant filed in the trial court a motion
to correct the record to show that the judg-
ment was entered as he contended, on Feb-
ruary 28, 1950. The supplemental record
further recites that such motion to correct
the record was heard and denied. Thus the
record as now twice certified to us by the
trial court establishes that the judgment
was in fact entered on February 27th, and
that the notice of appeal was filed after the
time prescribed for the filing thereof had
expired. As we have said in an earlier
case, Beach v. District of Columbia, D.C.
Mun.App., 44 A.2d 926, the rules of this
court make the filing of the notice of appeal
jurisdictional, and when such notice is filed
out of time, we have no power to review
the case.

Appeal dismissed.